ACCEPTED
14-15-00205-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/21/2015 5:53:37 PM
CHRISTOPHER PRINE
CLERK

| | |
|---|---|
| Appellate Docket Number: | 14-15-00205-CV |
| Appellate Case Style: | In the Interest of L.E.R., a Child |
| Vs. | |
| Companion Case No.: | |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/21/2015 5:53:37 PM
CHRISTOPHER A. PRINE
Clerk

Amended/corrected statement:

## DOCKETING STATEMENT (Civil)

Appellate Court: 14th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

---

**I. Appellant**

☒ Person  ☐ Organization (choose one)

First Name: Stephen

Middle Name: Andrew

Last Name: Rogers

Suffix:

Pro Se: ○

**II. Appellant Attorney(s)**

☒ Lead Attorney

| | |
|---|---|
| First Name: | William |
| Middle Name: | B. |
| Last Name: | Connolly |
| Suffix: | |
| Law Firm Name: | Connolly & Shireman, LLP |
| Address 1: | 2930 Revere Street |
| Address 2: | Suite 300 |
| City: | Houston |
| State: | Texas   Zip+4: 77098 |
| Telephone: | 713-520-5757   ext. |
| Fax: | 713-520-6644 |
| Email: | wbc@conlawfirm.com |
| SBN: | 04702400 |

---

**I. Appellant**

☐ Person  ☐ Organization (choose one)

First Name:

Middle Name:

Last Name:

Suffix:

Pro Se: ○

**II. Appellant Attorney(s)**

☐ Lead Attorney

| | |
|---|---|
| First Name: | W. |
| Middle Name: | Leslie |
| Last Name: | Shireman |
| Suffix: | |
| Law Firm Name: | Connolly & Shireman, LLP |
| Address 1: | 2930 Revere Street |
| Address 2: | Suite 300 |

| | |
|---|---|
| | City: Houston |
| | State: Texas     Zip+4: 77098 |
| | Telephone: 713-520-5757    ext. |
| | Fax: 713-520-6644 |
| | Email: wls@conlawfirm.com |
| | SBN: 24047791 |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| ☐ Person ☒ Organization (choose one) | ☒ Lead Attorney |
| Organization Name: Texas Dept. of Family and Protective Services | First Name: Sandra |
| First Name: | Middle Name: D. |
| Middle Name: | Last Name: Hachem |
| Last Name: | Suffix: |
| Suffix: | Law Firm Name: Harris County Attorney's Office |
| Pro Se: ◯ | Address 1: 1019 Congress, 17th Floor |
| | Address 2: |
| | City: Houston |
| | State: Texas     Zip+4: 77002 |
| | Telephone: 713-274-5293    ext. |
| | Fax: 713-437-4700 |
| | Email: sandra.hachem@cao.hctx.net |
| | SBN: 08667060 |

## V. Perfection Of Appeal And Jurisdiction

Nature of Case (Subject matter or type of case): Termination

Date order or judgment signed: February 24, 2015      Type of judgment: Bench Trial

Date notice of appeal filed in trial court: March 12, 2015

If mailed to the trial court clerk, also give the date mailed:

Interlocutory appeal of appealable order: ☐ Yes ☒ No

If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

Accelerated appeal (See TRAP 28): ☒ Yes ☐ No

If yes, please specify statutory or other basis on which appeal is accelerated:
Tex. Fam. Code Section 263.405

Parental Termination or Child Protection? (See TRAP 28.4): ■ Yes ☐ No

Permissive? (See TRAP 28.3): ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Agreed? (See TRAP 28.2): ☐ Yes ☒ No

If yes, please specify statutory or other basis for such status:

Appeal should receive precedence, preference, or priority under statute or rule: ☒ Yes ☐ No

If yes, please specify statutory or other basis for such status:
Section 109.002(a) Tex. Fam. Code Ann. gives this case precedence over all other cases

Does this case involve an amount under $100,000? ☒ Yes ☐ No

Judgment or order disposes of all parties and issues: ☒ Yes ☐ No

Appeal from final judgment: ☒ Yes ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance? ☐ Yes ☐ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No    If yes, date filed:

Motion to Modify Judgment: ☐ Yes ☒ No    If yes, date filed:

Request for Findings of Fact and Conclusions of Law: ☐ Yes ☒ No    If yes, date filed:

Motion to Reinstate: ☐ Yes ☒ No    If yes, date filed:

Motion under TRCP 306a: ☐ Yes ☒ No    If yes, date filed:

Other: ☐ Yes ☒ No

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of affidavit, and extension motion if filed.)

Affidavit filed in trial court: ☐ Yes ☐ No    If yes, date filed: March 12, 2015

Contest filed in trial court: ☐ Yes ☒ No    If yes, date filed:

Date ruling on contest due: Appellant presumed indi⊞

Ruling on contest: ☐ Sustained    ☐ Overruled    Date of ruling:

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?  ☐ Yes  ☒ No

If yes, please attach a copy of the petition.

Date bankruptcy filed: [ ]  Bankruptcy Case Number: [ ]

## IX. Trial Court And Record

Court:  314th Judicial District Court

County:  Harris

**Trial Court Docket Number (Cause No.):**  2014-00691J

Trial Judge (who tried or disposed of case):

First Name:  John

Middle Name:

Last Name:  Phillips

Suffix:

Address 1:  1200 Congress Street, 5th Floor

Address 2 :

City:  Houston

State:  Texas  Zip + 4:  77002

Telephone:  713-222-4910  ext.

Fax:  713-222-4845

Email:  john_phillips@justex.net

Clerk's Record:

Trial Court Clerk:  ☒ District  ☐ County

Was clerk's record requested?  ☒ Yes  ☐ No

If yes, date requested:  March 30, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent *

**(Note: No request required under TRAP 34.5(a),(b))**

*See Exhibit "A"
Appellant's counsel received first electronic access to Court's file on March 25, 2015. A designation was made on March 30, 2015.

Reporter's or Recorder's Record:

Is there a reporter's record?  ☒ Yes  ☐ No

Was reporter's record requested?  ☒ Yes  ☐ No

Was there a reporter's record electronically recorded? ☐ Yes ☒ No

If yes, date requested: March 11, 2015

If no, date it will be requested:

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent *

*See Exhibit "B"

☒ Court Reporter      ☐ Court Recorder
☒ Official      ☐ Substitute

First Name: Julia

Middle Name: M.

Last Name: Rangel

Suffix:

Address 1: 1200 Congress Street, 5th Floor

Address 2:

City: Houston

State: Texas      Zip + 4: 77002

Telephone: 713-222-4910      ext.

Fax: 713-222-4845

Email: julia_rangel@justex.net

☒ Court Reporter      ☐ Court Recorder
☒ Official      ☐ Substitute

First Name: Stephanie

Middle Name: W.

Last Name: Wells

Suffix:

Address 1: 1200 Congress Street, 5th Floor

Address 2:

City:

State: Texas      Zip + 4: 77002

Telephone: 713-222-4910      ext.

Fax: 713-222-4845

Email: stephanie.wisdom.wells@gmail.com

## X. Supersedeas Bond

Supersedeas bond filed: ☐ Yes   ☒ No      If yes, date filed:

Will file: ☐ Yes   ☒ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g. temporary or ancillary relief) from this Court?    ☐ Yes   ☒ No

If yes, briefly state the basis for your request:

## XII. Alternative Dispute Resolution/Mediation (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 9th, 10th, 11th, 12th, 13th, or 14th Court of Appeal)

Should this appeal be referred to mediation?      ☐ Yes   ☒ No

If no, please specify: 

Has the case been through an ADR procedure?    ☐ Yes   ☒ No

If yes, who was the mediator? 

What type of ADR procedure? 

At what stage did the case go through ADR?    ☐ Pre-Trial    ☐ Post-Trial    ☐ Other

If other, please specify: 

Type of case?    Termination

Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

Legal and factual sufficiency of the evidence to support the Judgment

How was the case disposed of?    Trial

Summary of relief granted, including amount of money judgment, and if any, damages awarded. Termination of Parental Rights

If money judgment, what was the amount?  Actual damages: 

Punitive (or similar) damages: 

Attorney's fees (trial): 

Attorney's fees (appellate): 

Other: 

If other, please specify: 

Will you challenge this Court's jurisdiction?        ☐ Yes   ☒ No

Does judgment have language that one or more parties "take nothing"?    ☐ Yes ☒ No

Does judgment have a Mother Hubbard clause?  ☒ Yes   ☐ No

Other basis for finality? 

Rate the complexity of the case (use 1 for least and 5 for most complex):    ☐ 1  ☐ 2  ☒ 3  ☐ 4  ☐ 5

Please make my answer to the preceding questions known to other parties in this case.        ☒ Yes   ☐ No

Can the parties agree on an appellate mediator?  ☐ Yes   ☐ No

If yes, please give name, address, telephone, fax and email address:

| Name | Address | Telephone | Fax | Email |
|---|---|---|---|---|
| | | | | |

Languages other than English in which the mediator should be proficient: 

Name of person filing out mediation section of docketing statement:    William B. Connolly

## XIII. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 14-15-00205-CV                    Trial Court: 314TH

    Style:    C.E.W., Appellant

    Vs.    Texas Department of Family and Protective Services, Appellee

## XIV. Pro Bono Program: (Complete section if filing in the 1st, 3rd, 5th, or 14th Courts of Appeals)

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program?      ☐ Yes ☒ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal?      ☐ Yes ☐ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed an affidavit of Indigency and attached a file-stamped copy of that affidavit, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines?      ☐ Yes ☐ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee? ☐Yes ☐ No

If yes, please attach an Affidavit of Indigency completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of an affidavit under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

## XV. Signature

Signature of counsel (or pro se party)

Date:      April 21, 2015

Printed Name:  William B. Connolly

State Bar No.:  04702400

Electronic Signature:  /s/William B. Connolly
  (Optional)

## XVI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on April 21, 2015 .

_____

Signature of counsel (or pro se party)

Electronic Signature: /s/William B. Connolly
(Optional)

State Bar No.: 04702400

Person Served

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

        (1) the date and manner of service;
        (2) the name and address of each person served, and
        (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: April 21, 2015

Manner Served: Email

First Name: Sandra

Middle Name: D.

Last Name: Hachem

Suffix:

Law Firm Name: Harris County Attorney's Office

Address 1: 1019 Congress, 17th Floor

Address 2:

City: Houston

State Texas     Zip+4: 77002

Telephone: 713-274-5293    ext.

Fax: 713-437-4700

Email: sandra.hachem@cao.hctx.net

If Attorney, Representing Party's Name: Texas Dept. of Family and Protective Services

Please enter the following for each person served:

| | |
|---|---|
| Date Served: | March 21, 2015 |
| Manner Served: | Email |
| First Name: | Katie |
| Middle Name: | |
| Last Name: | Flynn |
| Suffix: | |
| Law Firm Name: | |
| Address 1: | 17077 Texas Avenue |
| Address 2: | #58745 |
| City: | Webster |
| State | Texas     Zip+4: 77598 |
| Telephone: | 713-225-6800   ext. |
| Fax: | 281-519-1845 |
| Email: | katie.flynn@att.net |

If Attorney, Representing Party's Name: Attorney Ad Litem for the Child

Please enter the following for each person served:

| | |
|---|---|
| Date Served: | April 21, 2015 |
| Manner Served: | Email |
| First Name: | William |
| Middle Name: | M. |
| Last Name: | Thursland |
| Suffix: | |
| Law Firm Name: | |
| Address 1: | 440 Louisiana Street |
| Address 2: | Suite 1130 |
| City: | Houston |
| State | Texas     Zip+4: 77002 |
| Telephone: | 713-655-0200   ext. 105 |
| Fax: | 713-655-9035 |
| Email: | wmthursland@hotmail.com |

If Attorney, Representing Party's Name: Attorney for Mother, C.E.W.

# EXHIBIT "A"



**ORIGINAL**

**F I L E D**
Chris Daniel
District Clerk

MAR 1 2 2015
Time:_____
Harris County, Texas
By_____

CAUSE NO. 2014-00691J

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT OF |
| | § | |
| LEONARDO ELLOY ROGERS | § | HARRIS COUNTY, T E X A S |
| | § | |
| MINOR CHILD | § | 314TH JUDICIAL DISTRICT |

## ORDER CONFIRMING INDIGENCY AND AUTHORIZING PAUPER'S APPEAL AND PREPARATION OF REPORTER'S RECORD AND FOR PAYMENT BY HARRIS COUNTY

On the 24th day of February, 2015, the Court entered a Final Decree for Termination and an Order Appointing Attorney Ad Litem for Appeal Only for Respondent, STEPHEN ANDREW ROGERS. The Court finds that Respondent had previously been found to be indigent and the Court had previously appointed Kevin H. George as his trial counsel. Pursuant to Texas law, the Court finds that Respondent is still indigent and is entitled to a Pauper's Appeal. The Court has further agreed to appoint appellate counsel and finds the following additional Orders are necessary relative to the Court Reporter.

IT IS ORDERED that the Court Reporter, shall at no cost to Appellant, prepare and file with the appropriate Court of Appeals an original Reporter's Record, together with copies of the Exhibits, if any, admitted into evidence from these proceedings and provide a true and correct copy of the same to Respondent's counsel.

IT IS FURTHER ORDERED that the Court Reporter, Julia Rangel or other official or substitute Court Reporter, shall be paid for this work from the general funds of Harris County.

SIGNED this the __12__ day of March, 2015.

_____
JUDGE PRESIDING

2015.03.04 ORDR INDIGENCY & AUTH REP REC.wpd

**APPROVED:**

CONNOLLY & SHIREMAN, LLP

/s/William B. Connolly
William B. Connolly
State Bar No. 04702400
2930 Revere Street, Suite 300
Houston, Texas 77098
Telephone (713) 520-5757
Facsimile (713) 520-6644
wbc@conlawfirm.com

ATTORNEY FOR STEPHEN ANDREW ROGERS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Order Confirming Indigency and Authorizing Pauper's Appeal and Preparation of Reporter's Record and For Payment by Harris County was forwarded to:

DanPhi Nguyen, Assisstant County Attorney, 1019 Congress, 15th Floor, Houston, Texas 77002 – *via facsimile (713) 437-4700*;

Kevin George, Attorney for Father, 440 Louisiana, Suite 1130, Houston, Texas 77002 – *via facsimile (713) 655-9035*;

Daryl Longworth, Attorney for Mother, 1385 FM 359 Road, Suite 308, Richmond, Texas 77406 – *via facsimile (832) 363-1230*; and

Katie Flynn, Attorney Ad Litem for Child, 405 Main Street, Suite 620, Houston, Texas 77002 – *via facsimile (281) 519-1845*

on this the 11th day of March, 2015.

/s/ William B. Connolly
William B. Connolly

# EXHIBIT "B"



**F I L E D**
Chris Daniel
District Clerk

MAR 1 2 2015

Time: ~~Harris County, Texas~~

By_____
Deputy

CAUSE NO. 2014-00691 J

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| | § | |
| LEONARDO ELLOY ROGERS | § | HARRIS COUNTY, TEXAS |
| | § | |
| MINOR CHILD | § | 314TH JUDICIAL DISTRICT |

## <u>ORDER CONFIRMING INDIGENCY AND AUTHORIZING PAUPER'S APPEAL AND PREPARATION OF CLERK'S RECORD AND FOR PAYMENT OF COURT COSTS AND FILING FEES BY HARRIS COUNTY</u>

On the 24th day of February, 2015, the Court entered a Final Decree for Termination and an Order Appointing Attorney Ad Litem for Appeal Only for Respondent, STEPHEN ANDREW ROGERS. The Court finds that Respondent had previously been found to be indigent and the Court had previously appointed Kevin H. George as his trial counsel. Pursuant to Texas law, the Court finds that Respondent is still indigent and is entitled to a Pauper's Appeal. The Court has further agreed to appoint appellate counsel and finds the following additional Orders are necessary relative to the Clerk's Record, Court Costs and Filing Fees.

IT IS ORDERED that the Clerk of this Court, shall, upon request of Appellant's counsel, at no cost to Appellant, prepare and file with the appropriate Court of Appeals an original Clerk's Record, and include therein all of the items required by Law and the Texas Rules of Appellate Procedure, the items designated by and, if in the file, the Exhibits admitted into evidence from these proceedings.

IT IS FURTHER ORDERED that there shall be no charge to Appellant or Appellant's Counsel for preparation and filing of the Clerk's Record, any Court Costs or any filing fees in the trial Court or any Appellate Court relative to this case.

SIGNED this the _12_ day of March, 2015.

_____
JUDGE PRESIDING

2015.03.10 ORDR INDIGENCY CLERKS REC.wpd

**APPROVED:**

CONNOLLY & SHIREMAN, LLP

/s/William B. Connolly
William B. Connolly
State Bar No. 04702400
2930 Revere Street, Suite 300
Houston, Texas 77098
Telephone (713) 520-5757
Facsimile (713) 520-6644
wbc@conlawfirm.com

ATTORNEY FOR STEPHEN ANDREW ROGERS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Order Confirming Indigency and Authorizing Pauper's Appeal and Preparation of Clerk's Record and For Payment of Court Costs and Filing Fees by Harris County was forwarded to:

DanPhi Nguyen, Assisstant County Attorney, 1019 Congress, 15th Floor, Houston, Texas 77002 – *via facsimile (713) 437-4700*;

Kevin George, Attorney for Father, 440 Louisiana, Suite 1130, Houston, Texas 77002 – *via facsimile (713) 655-9035*;

Daryl Longworth, Attorney for Mother, 1385 FM 359 Road, Suite 308, Richmond, Texas 77406 – *via facsimile (832) 363-1230*; and

Katie Flynn, Attorney Ad Litem for Child, 405 Main Street, Suite 620, Houston, Texas 77002 – *via facsimile (281) 519-1845*

on this the 11th day of March, 2015.

/s/ William B. Connolly
William B. Connolly